UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEVI SANFORD,

      Plaintiff,

-vs-                                          Case No: 2:04 CV 73414

HMC SHIP MANAGEMENT, LTD,        Honorable Denise Page Hood
                                                                 Magistrate Judge R. Steven Whalen

      Defendant.

---

| O'BRYAN BAUN COHEN KUEBLER | BELGRADE AND O'DONNELL, P.C. |
|---|---|
| Gary Wm. Baun(P28758) | Patrick J. Cullinan |
| Attorney for Plaintiff | Attorney for Defendant |
| 401 S. Old Woodward, Suite 320 | 20 North Wacker Drive, Suite 1900 |
| Birmingham, MI 48009 | Chicago, IL 60606 |
| (248) 258-6262 | (313) 422-1700 |

---

### **DISMISSAL ORDER**

      THIS MATTER coming to be heard on the joint motion of Plaintiff, Levi Sanford, and Defendant, HMC Ship Management, Ltd., to dismiss this case pursuant to the Stipulation of the parties, due notice having been given and the Court being fully advised in the premises; IT IS HEREBY ORDERED THAT:

      All claims in this matter are dismissed with prejudice with all parties to bear their own costs. This Court shall retain jurisdiction over this matter for a period of 30 days to enforce the terms of the parties' settlement.

                                                                  s/ DENISE PAGE HOOD
                                                                  UNITED STATES DISTRICT JUDGE

Entered:  October 31, 2005